```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LESA HARRIOTT,                                         :
                                                       :
                              Plaintiff,               :
                                                       :          1:23-cv-10658-GHW
               -against-                               :
                                                       :               ORDER
COMMISSIONER OF SOCIAL SECURITY,                       :
                                                       :
                              Defendant.               :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On December 26, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than January 9, 2024.  Dkt. No. 8.  On January 5, 2024, Defendant submitted a letter indicating that Plaintiff had failed to respond to a December 28, 2023 letter that attempted to coordinate the required submission.  Dkt. No. 9.  The deadline for the parties to respond to the Court's December 26, 2023 order has now passed, and the parties have not made the required submission.

      The parties are ordered to comply with the Court's December 26, 2023 order forthwith, and in any event no later than January 22, 2024.  Plaintiff is reminded that she is obligated to coordinate with Defendant in order to comply with the Court's order.  The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated:  January 11, 2024
New York, New York
                                            GREGORY H. WOODS
                                          United States District Judge