UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lesa M. Harriott,

    Plaintiff,

-against-

Commissioner of Social Security,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/23/2024

1:23-cv-10658 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  The Court is in receipt of two opening memoranda filed by the parties: (1) a memorandum filed by the Commissioner of Social Security (the "Commissioner") on April 19, 2024, in support of the Commissioner's motion for judgment on the pleadings (Comm'r 4/19/24 Br., ECF No. 22), and (2) a memorandum filed by Plaintiff on April 22, 2024, in support of her motion for judgment on the pleadings. (Pl.'s Mem., ECF No. 24.) Accordingly, no later than Friday, May 3, 2024, the parties shall meet and confer and file a joint letter proposing a schedule for any remaining briefing in this case. In light of this Order, any existing briefing deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  New York, New York
    April 23, 2024

                  _____
                  STEWART D. AARON
                  United States Magistrate Judge