**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LESA M. HARRIOTT,

                Plaintiff,                23 **CIVIL** 10658 (SDA)

    -v-                                      **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 9, 2024, the Commissioner's motion is DENIED and Plaintiff's motion is GRANTED IN PART and DENIED IN PART. The Commissioner's dismissal of Plaintiff's appeal is VACATED and the case is remanded to the Commissioner for a prompt determination of the timeliness of Plaintiff's request for review upon an expanded record.

**Dated:**  New York, New York
           October 9, 2024

                                            **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                        **BY:**

                                      **Deputy Clerk**