```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lesa M. Harriott,

                      Plaintiff,

-against-

Commissioner of Social Security,

                      Defendant.

1:23-cv-10658 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the letter filed by Plaintiff's counsel on January 29, 2025. (Letter, ECF No. 37.) The Commissioner is directed to respond to the Letter no later than February 6, 2025. Plaintiff shall reply no later than February 13, 2025. In their submissions, both sides are directed to address whether the Court has continued jurisdiction over this matter subsequent to remand.

**SO ORDERED.**

Dated:     New York, New York
             January 30, 2025

                                                                   _____
                                                                   STEWART D. AARON
                                                                   United States Magistrate Judge